PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision

Name of Offender: Walter Pena                                                                 Cr.: 05-112-01

Name of Sentencing Judicial Officer: The Honorable Katharine S. Hayden, U.S.D.J.

Date of Original Sentence: 10/23/06

Original Offense: Conspiracy to distribute and possess with intent to distribute heroin

Original Sentence: 27 months imprisonment followed by three years of supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 12/28/06

## PETITIONING THE COURT

[X] The removal of the following special condition(s):

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

## CAUSE

Probation office assessment of offender indicates he is considered to be at low risk of future substance abuse.

Respectfully submitted,

By: Paul E. Choinski
U.S. Probation Officer
Date: 01/19/07

THE COURT ORDERS:
[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Feb 6, 2007
Date